**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

DEBRA LUTEN,

    Plaintiff,

v.                                          CASE NO: 2:09-cv-735-FtM-99-SPC

MATRIXX INITIATIVES, INC., f/k/a
Gumtech International, Inc., and
ZICAM, LLC,

    Defendants.
_____/

## O R D E R

Upon due consideration, it is ordered and adjudged that Defendants' Unopposed Motion to Stay Proceedings (Dkt. 9) is granted. All proceedings in this case are stayed pending transfer of this case to MDL 2096, <u>In re: Zicam Cold Remedy Marketing, Sales Practices, and Products Liability Litigation</u>, presently pending in the United States District Court for the District of Arizona. The Clerk is directed to administratively close this case during the period of the stay, subject to the right of the parties to file a motion to reopen in the event the case is not transferred.

**DONE AND ORDERED** at Tampa, Florida, on November 13, 2009.

                                                   s/*Richard A. Lazzara*
                                                   **RICHARD A. LAZZARA
                                                   UNITED STATES DISTRICT JUDGE**

**<u>COPIES FURNISHED TO</u>**:

Counsel of Record